of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Messrs. Arthur C. Denison* and *J. Bernhard Theiss* for petitioner. *Messrs. Hugh M. Morris, Thomas G. Haight,* and *William F. Hall* for respondent.

No. 419. ALLRED, GOVERNOR, ET AL. *v.* STANOLIND OIL & GAS CO. ET AL. October 21, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Mark McMahon* for petitioners. No appearance for respondents.

No. 422. CHUNG YIM *v.* UNITED STATES. October 21, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Charles A. Lich* for petitioner. *Solicitor General Reed* and *Mr. W. Marvin Smith* for the United States.

No. 423. EXPORT LEAF TOBACCO CO. *v.* HELVERING, COMMISSIONER OF INTERNAL REVENUE;

No. 424. SMITH PAPER CO. *v.* SAME; and

No. 425. T. C. WILLIAMS CO. *v.* SAME. October 21, 1935. Petition for writs of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. John H. Jackson* for petitioners. *Solicitor General Reed, Assistant Attorney General Wideman,* and *Messrs. James W. Morris* and *John G. Remey* for respondent.

No. 426. JACKSONVILLE TERMINAL CO. *v.* BLACKSHEAR, ADMINISTRATRIX. October 21, 1935. Petition for writ of certiorari to the Supreme Court of Florida denied. *Messrs.*

628

*John O. Jackson* and *Julian Hartridge* for petitioner. *Mr. George C. Bedell* for respondent.

No. 429. EDWARDS ET AL. *v.* RECTOR ET AL. October 21, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Ransom H. Gillett* for petitioners. *Mr. Chase Mellen* for respondents.

No. 430. WISHNICK-TUMPEER, INC., *v.* HELVERING, COMMISSIONER OF INTERNAL REVENUE. October 21, 1935. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. *Mr. Joseph R. Little* for petitioner. *Solicitor General Reed, Assistant Attorney General Wideman,* and *Messrs. James W. Morris* and *S. Dee Hanson* for respondent.

No. 431. EVENING STAR NEWSPAPER CO. *v.* HELVERING, COMMISSIONER OF INTERNAL REVENUE. October 21, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. Edward H. Hart* for petitioner. *Solicitor General Reed, Assistant Attorney General Wideman,* and *Messrs. James W. Morris* and *Lucius A. Buck* for respondent.

No. 432. BEDELL *v.* UNITED STATES;
No. 433. L. E. CHAPMAN *v.* SAME; and
No. 434. H. E. CHAPMAN *v.* SAME. October 21, 1935. Petition for writs of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. Eugene*